**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000348**
**20-NOV-2018**
**09:55 AM**

NO. CAAP-18-0000348

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OKADA TRUCKING CO., LTD., Plaintiff-Appellant, v.
BOARD OF WATER SUPPLY, CITY AND COUNTY OF
HONOLULU, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2104-10 JPC)

ORDER APPROVING THE OCTOBER 31, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice, filed October 31, 2018, by Plaintiff-Appellant
Okada Trucking Co., Ltd., the papers in support, and the record,
it appears that (1) the appeal has been docketed; (2) pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs; and (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved, and the appeal is dismissed with

prejudice.   The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, November 20, 2018.

Chief Judge

Associate Judge

Associate Judge